[No. 67332-7-I.   Division One.   January 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MISTY LOU COOK, *Defendant*, PIERRE DANIEL SPENCER-WADE, *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 173 Wn. App. 166-73, has not been published in the permanent bound volume pursuant to an order of the Court of Appeals dated May 28, 2013 denying reconsideration, withdrawing the opinion, and substituting a new opinion. See 175 Wn. App. 36.